## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2026 MAR 31 PM 4: 53

Arbab Qazi,

Plaintiff,

**The Court treats this letter as a notice of voluntary dismissal. The Clerk of Court is respectfully directed to terminate ECF No. 11 and close the case.**

v.

United States Citizenship and Immigration Services;     **SO ORDERED.**

Pamela Bondi, Attorney General of the United States;

Dale E. Ho
United States District Judge
Dated: April 3, 2026
New York, New York

Joseph B. Edlow, Director, United States Citizenship and Immigration Services;

Kristi Noem, Secretary of the Department of Homeland Security;

Jay Clayton, United States Attorney for the Southern District of New York,

Defendants.

Case No.: 26 CV 00947

MOTION TO DISMISS

 AQ

## INTRODUCTION

Plaintiff Arbab Qazi hereby moves to dismiss this case in light of the fact that the United States Citizenship and Immigration Services (USCIS) has approved her I-485 Application to Register Permanent Residence or Adjust Status, rendering the matter moot.

**In support of this motion, Plaintiff states as follows:**

1. Plaintiff filed a Petition for Writ of Mandamus to compel USCIS to adjudicate her I-485 application due to an unreasonable delay.

2. USCIS has since approved Plaintiff's I-485 application, resolving the issue that led to the filing of this case.

3. As the relief sought has been granted, there is no longer a need for the court's intervention.

4. Therefore, Plaintiff respectfully requests that this Honorable Court dismiss this case as moot.

**Respectfully submitted,**

Arbab Qazi

253 W 93rd St, Apt 2S

New York, NY 10025

aqazi@finservconsulting.com

917-855-5703

**Date:** March 31st, 2026

